

JOHN HARRIS PAER    #1551-0
41 B Kepola Place
Honolulu, Hawaii   96817
Telephone:  (808) 595-7179
Facsimile:  (808) 595-3918
email: paerj001@hawaii.rr.com

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 07 2007

at 12 o'clock and 15 min P M.
SUE BEITIA, CLERK

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK MELLON III,<br><br>       Plaintiff,<br><br>   vs.<br><br>FIDELITY INFORMATION<br>CORPORATION,<br><br>       Defendant. | CIVIL NO. 07-00327 HG-KSC<br><br>NOTICE OF DISMISSAL<br>WITH PREJUDICE |

### NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, by and through his undersigned attorney and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above action with prejudice. Defendant has not responded. There are no remaining issues and parties.

DATED: Honolulu, Hawaii, August 7, 2007

JOHN HARRIS PAER
Attorney for Plaintiff